JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE J. BAILEY,<br><br>        Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>        Defendant. | Case No. 8:15-CV-00932 (VEB)<br><br>JUDGMENT |

For the reasons set forth in the accompanying Decision and Order, it is hereby ADJUDGED AND DECREED THAT (1) Plaintiff's request for an order remanding the case for further proceedings is DENIED; (2) the Commissioner's request for an order affirming the Commissioner's final decision and dismissing the action is

1

JUDGMENT – BAILEY v COLVIN 8:15-CV-00932-VEB

1  GRANTED; (3) judgment is entered in the Commissioner's favor; and (4) the Clerk

2  of the Court shall CLOSE this case.

4      DATED this 31st day of October, 2016,

6          /s/Victor E. Bianchini
        VICTOR E. BIANCHINI
7      UNITED STATES MAGISTRATE JUDGE